UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-20788-CIV-MARTINEZ-BECERRA

RICKENBACKER MARINA, INC.,

    Plaintiff,

v.

M/Y SANCOCHO, a 2015, 23' Sportsman
bearing hull identification number
SMNSH481H415, her engines,
tackle, equipment, rigging, furniture,
appurtenances, etc., in rem and
JUAN OCHOA, in personam,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff Rickenbacker Marina, Inc.'s Motion for Final Default Judgment against Defendant M/Y Sancocho ("Motion"). (ECF No. 26.) Judge Becerra filed an R&R recommending that the Motion be granted. (ECF No. 27 at 1, 16.) The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Becerra's R&R, (ECF No. 27), is **AFFIRMED** and **ADOPTED**. Further, it is:

**ADJUDGED** that the Motion, (ECF No. 25), is **GRANTED** as set forth in the R&R. Final judgment shall be entered by separate order.

**DONE AND ORDERED** in Miami, Florida, this 25 day of September, 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record